441 A.2d 795

Commonwealth v. Croumbley, Appellant.

Petition for Allowance of Appeal Denied May 3, 1982.

Submitted April 8, 1981. Mitchell Scott Strutin, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The judgment of sentence is affirmed.